**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**EMANUEL TRAYLOR**                                                                          **PLAINTIFF**
**ADC #250043**

**v.**                                   **Case No: 4:20-cv-01294-LPR**

**JASON KORDSMEIER**                                                    **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Emanuel Traylor's Complaint is dismissed without prejudice. (Doc. 2). This dismissal counts as a "strike," and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 4th day of November 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE